IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

DEBORAH LAUFER, Individually,   Case No.: 1:20-cv-04378

    Plaintiff,

v.

SHAH HOSPITALITY, L.L.C., a
Domestic Limited Liability Corporation,

    Defendant.

_____

## NOTICE OF SETTLEMENT OF CLAIM

Plaintiff, Patricia Kennedy, by and through undersigned counsel, respectfully submits this Notice of Settlement, and informs the Court as follows:

1. Plaintiff has reached an agreement with Defendant to resolve the claims against Defendant.

2. The parties are in the process of finalizing a confidential settlement agreement and will be filing a Notice of Dismissal with the Court shortly.

3. Accordingly, the parties ask for a 30-day extension of all deadlines.

FOR THE PLAINTIFF:

/s/ *Amale Knox*
Amale Knox, Of Counsel
Thomas B. Bacon, P.A.
330 Harrison St.
Pontiac, MI 48341
amale.knox.esq@gmail.com
Illinois Bar. Id. No. 6308622
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that October 5, 2020, I filed the foregoing using the Clerk of Court's CM/ECF efiling system, which will serve all counsel of record electronically.

                                                  */s/  Amale Knox*
                                                  Attorney